IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02846-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAMS FOUR CORNERS, LLC,

    Defendant.

## ORDER

This matter is before the Court on the plaintiff United States' unopposed motion [Docket No. 6] for entry of the consent decree [Docket No. 2-1].  The motion indicates that the Consent Decree resolves the present dispute.  The Court having reviewed the motion and Consent Decree, it is

**ORDERED** that plaintiff's unopposed motion for entry of the consent decree [Docket No. 6] is GRANTED.  It is further

**ORDERED** that the Consent Decree [Docket No. 2-1] is adopted as an Order of the Court and judgment shall enter accordingly.  This matter shall be closed in its entirety.

    DATED December 15, 2011.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge